CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01099−DSD−SRN

Reese v. Davol, Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Susan R. Nelson
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 04/21/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Aileen Reese** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 40022964) assigned to Judge David S. Doty per Master List referred to Magistrate Judge Susan R. Nelson, filed by Aileen Reese. (Attachments: # 1 Civil Cover Sheet) (jz) (Entered: 04/21/2008) |
| 04/21/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jz) (Entered: 04/21/2008) |
| 04/24/2008 | 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian L. Burlew (Defense Counsel for Service of Process) on 4/24/2008 by Aileen Reese. Waiver of Service due by 5/27/2008. (Attachments: # 1 Attached Request for Waiver of Service of Summons Form)(Johnson, Charles) (Entered: 04/24/2008) |
| 04/24/2008 | 3 | CERTIFICATE OF SERVICE by Aileen Reese re 1 Complaint, 2 Request for Waiver of Service, *(Awaiting Defendants' Return of Waiver of Service of Summons Executed)* (Johnson, Charles) (Entered: 04/24/2008) |
| 06/10/2008 | 4 | CERTIFIED COPY OF TRANSFER ORDER (CTO−19) from the Judicial Panel on MultiDistrict Litigation transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to the Honorable Mary M. Lisi. (JME) (Entered: 07/15/2008) |